JS - 6/ENTER

**FILED** MAR 25 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANDRES VASQUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, WARDEN,<br><br>　　　　Respondent. | Case No.  EDCV10-00252-RSWL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 03-25-10

　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Ronald S.W. Lew
　　　　　　　　　　　　　Senior United States District Judge